United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARLON BOSVELI VASQUEZ GOMEZ, §
                                §
    Petitioner,                 §
                                §
VS.                             §   CIVIL ACTION NO. 4:25-CV-06282
                                §
GRANT DICKEY, *et al.*,         §
                                §
    Respondents.                §

## ORDER

On December 29, 2025, this action was referred to United States Magistrate Judge Yvonne Ho for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #5. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Ho. Doc. #5. This case is before the undersigned.

It is so ORDERED.

_MAY 1 5 2026_
Date

The Honorable Alfred H. Bennett
United States District Judge